■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent v PAMELA ADAMS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Zelman, J.), rendered February 1, 1984, convicting her of attempted robbery in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The defendant received a fair trial *(see, People v Carter*, 106 AD2d 654, 657; *People v Crimmins*, 36 NY2d 230, 242; *People v Hoke*, 62 NY2d 1022). Lawrence, J. P., Eiber, Kunzeman and Kooper, JJ., concur.